**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EXECUTIVE PARK PARTNERS LLC,

                Plaintiff,

   -against-                                      22 **CIVIL** 2560 (PMH)

                                                                  **JUDGMENT**

BENICCI INC.,,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 31, 2023, Defendant's motion to dismiss for lack of subject matter jurisdiction and lack of personal jurisdiction is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     May 31, 2023

                                                               **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                             **BY:**

                                                                  **Deputy Clerk**